# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT McCONNELL,

    Petitioner,

vs.

E.K. McDANIEL, *et al.*,

    Respondents.

3:10-cv-0021-RCJ-RAM

**ORDER**

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Robert McConnell, a Nevada prisoner sentenced to death. On March 18, 2010, the court granted petitioner's motion for appointment of counsel, and appointed the federal public defender (FPD) as his counsel, subject to notice from the FPD of its ability to represent petitioner (docket #14).

On April 19, 2010,, the FPD filed notice of its acceptance of representation of the petitioner (docket #16). Petitioner is represented by David Anthony and Heather Fraley, of the FPD's office.

On March 25, 2010, the Nevada Attorney General's Office filed a notice of representation of the respondents (docket #15). The respondents are represented by Deputy Attorney General Troy C. Jordan.

The court will now set a scheduling conference. In advance of the conference, counsel for both petitioner and respondents will be expected to become familiar with the case, if they have not already done so. During this time, counsel for petitioner should, if they have not already done so, meet with the petitioner, confer with the petitioner's previous counsel, and gather the case files and court records

///

relative to this action. Also, during this time, counsel for petitioner and counsel for respondents should confer with each other regarding the anticipated course of proceedings in the action.

**IT IS ORDERED THAT** a telephonic scheduling conference is set for **August 13, 2010, at 9:00 a.m.** At the conference, counsel for petitioner shall be prepared to advise the court whether the complete state-court record has been obtained, and, if not, what portions are missing, why they are missing, what efforts have been made to obtain them, and how long it will take to obtain them. Counsel for petitioner and counsel for respondents shall be prepared to discuss the schedule for further litigation of this action. Counsel for petitioner and counsel for respondents shall contact Lesa Ettinger, at 775-686-5833, within a week before the conference, to make arrangements for their appearances.

Dated this 3rd day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE