UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT McCONNELL,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:10-cv-00021-GMN-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 92)**

In this capital habeas corpus action, the petitioner, Robert McConnell, represented by appointed counsel, was due to file a second amended habeas petition by February 3, 2020. *See* Order entered December 3, 2019 (ECF No. 91).

On February 3, 2020, McConnell filed a motion for extension of time (ECF No. 92), requesting a 60-day extension of time, to April 3, 2020, to file his second amended petition. McConnell's counsel states that the extension of time is necessary because of the work involved in preparing the second amended petition following the extensive state-court proceedings that occurred during the stay of this action, and because of his obligations in other cases. This would be the first extension of this deadline.

The Court finds that McConnell's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 92) is **GRANTED**. Petitioner will have until and including **April 3, 2020**, to file his second amended habeas petition.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 3, 2019 (ECF No. 91) will remain in effect.

DATED THIS 5 day of February, 2020.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE