UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT McCONNELL,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:10-cv-00021-GMN-WGC

**ORDER GRANTING MOTION FOR TEMPORARY RELIEF FROM LR IC 2-2(g)**

In this capital habeas corpus action, on April 3, 2020, the petitioner, Robert McConnell, represented by appointed counsel, filed a second amended petition for writ of habeas corpus (ECF No. 95) and several supporting exhibits (ECF No. 96). Respondents' response to the second amended petition will be due June 2, 2020. *See* Order filed December 3, 2019 (ECF No. 91) (60 days for response).

With his second amended petition and exhibits, McConnell filed a motion requesting temporary relief from Local Rule LR IC 2-2(g), which would normally require him to submit courtesy copies of his second amended petition and exhibits because they exceed 50 pages. McConnell asks that his compliance with LR IC 2-2(g) be suspended until the Court rescinds General Orders 2020-5, 2020-4 and 2020-3, which concern the Court's operations during the COVID-19 outbreak. Respondents do not oppose McConnell's motion.

Good cause appearing,

**IT IS ORDERED** that Petitioner's Unopposed Motion for Temporary Relief from LR IC 2-2(g) is **GRANTED**. The parties' compliance with LR IC 2-2(g) is suspended, in this case, until the Court rescinds General Orders 2020-5, 2020-4 and 2020-3, or until otherwise ordered.

**IT IS FURTHER ORDERED** that, within 60 days after the Court rescinds General Orders 2020-5, 2020-4 and 2020-3, or as otherwise ordered, the parties will be required to bring their compliance with LR IC 2-2(g) up to date by submitting to the Court—to the Clerk's Office in Reno—courtesy copies of all documents filed under this order to which LR IC 2-2(g) would apply.

DATED THIS 6 day of April, 2020.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE