UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:10-cv-00021-GMN-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 99)** |

　　In this capital habeas corpus action, on April 3, 2020, the petitioner, Robert McConnell, represented by appointed counsel, filed a second amended petition for writ of habeas corpus (ECF No. 95). Under the scheduling order in the case, Respondents' response to the second amended petition was due on June 2, 2020. *See* Order entered December 4, 2019 (ECF No. 91).

　　On June 2, 2020, Respondents filed a motion for extension of time (ECF No. 99), requesting an extension of time to August 6, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and responsibilities related to the COVID-19 pandemic. The petitioner does not oppose the motion for extension of time.

　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will extend the time for Respondents' response to the second amended petition by 100 days, to September 10, 2020. The Court grants this extension of time in view of the circumstances involving the COVID-19 pandemic, and in hopes of forestalling any further motion to extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 99) is **GRANTED**. Respondents will have until and including **September 10, 2020**, to file their response to the petitioner's second amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS  3  day of _____June_____, 2020.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE