UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　Respondents. | Case No. 3:10-cv-00021-GMN-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 101)** |

　　　In this capital habeas corpus action, on April 3, 2020, the petitioner, Robert McConnell, represented by appointed counsel, filed a second amended petition for writ of habeas corpus (ECF No. 95). After an initial 60-day period, and then a 100-day extension, Respondents were due to respond to the second amended petition by September 10, 2020. *See* Order entered December 4, 2019 (ECF No. 91) (60 days to respond); Order entered June 3, 2020 (100-day extension).

　　　On September 8, 2020, Respondents filed a motion for extension of time (ECF No. 101), requesting a further extension of 21 days, to October 1, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of his obligations with respect to other matters. The petitioner does not oppose the motion for extension of time.

　　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

///

///

///

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 101) is **GRANTED**. Respondents will have until and including **October 1, 2020**, to file their response to the petitioner's second amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS  8  day of  September , 2020.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE

2