UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 115)** |

In this capital habeas corpus action, the respondents were due to file a renewed motion to dismiss by April 1, 2021. *See* Order entered March 2, 2021 (ECF No. 114). On April 1, 2021, Respondents filed a motion for extension of time (ECF No. 115), requesting an extension of 21 days, to April 22, 2021, to file their motion. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and time away from his office. This would be the first extension of this deadline. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///
///

1

     **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 115) is **GRANTED**. Respondents will have until and including **April 22, 2021**, to file their renewed motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

     DATED THIS  5   day of _____April_____, 2021.

     _____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE