UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 117)** |

    In this capital habeas corpus action, after an initial 30-day period and then a 21-day extension of time, the respondents were due on April 22, 2021, to file a renewed motion to dismiss, adequately setting forth their statute of limitations defense or abandoning that defense. *See* Order entered March 2, 2021 (ECF No. 114) (30 days to file renewed motion to dismiss); Order entered April 22, 2021 (ECF No. 117) (21-day extension of time). On April 22, 2021, Respondents filed a motion for extension of time (ECF No. 117), requesting a further 28-day extension of time, to May 20, 2021, to file their renewed motion. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. The petitioner does not oppose the motion for extension of time.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 117) is **GRANTED**. Respondents will have until and including **May 20, 2021**, to file their renewed motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 26 day of _____April_____, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE