| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 121)** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In this capital habeas corpus action, after an initial 30-day period, a 21-day extension of time, a 28-day extension of time, and a 7-day extension of time, the respondents were due on May 27, 2021, to file a renewed motion to dismiss, adequately setting forth their statute of limitations defense or abandoning that defense. *See* Order entered March 2, 2021 (ECF No. 114) (30 days to file renewed motion to dismiss); Order entered April 22, 2021 (ECF No. 117) (21-day extension of time); Order entered April 26, 2021 (ECF No. 118) (28-day extension of time); Order entered May 21, 2021 (ECF No. 120) (7-day extension). On May 27, 2021, Respondents filed a motion for extension of time (ECF No. 121), requesting a further 1-day extension of time, to May 28, 2021, to file their renewed motion to dismiss. Respondents filed their motion to dismiss on May 28, 2021, as contemplated in their motion for extension of time (ECF No. 122).

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 121) is **GRANTED**. Respondents' Motion to Dismiss (ECF No. 122) will be treated as timely filed. In all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS _3_ day of _____June_____, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE