UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:10-cv-00021-GMN-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 126)** |

　　In this capital habeas corpus action, on May 28, 2021, the respondents filed a motion to dismiss (ECF No. 122). After a 60-day initial period and then a 62-day extension of time, the petitioner, Robert McConnell, represented by appointed counsel, was due to respond to the motion to dismiss by September 27, 2021. *See* Order entered December 4, 2019 (ECF No. 91) (60 days for response); Order entered July 30, 2021 (62-day extension).

　　On September 27, 2021, Petitioner filed a motion for extension of time (ECF No. 126), requesting a further 21-day extension of time, to October 18, 2021, to file his response to the motion to dismiss. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases and because of a legal assistant's illness. The respondents do not oppose the motion for extension of time.

　　The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for an Extension of Time (ECF No. 126) is **GRANTED**. Petitioner will have until and including **October 18, 2021**, to file his response to the respondents' motion to dismiss his second amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 28 day of _____September_____, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE