UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>  v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NOS. 132, 133)** |

In this capital habeas corpus action, the respondents filed a motion to dismiss on May 28, 2021 (ECF No. 122). The petitioner, Robert McConnell, represented by appointed counsel, filed an opposition to the motion to dismiss (ECF No. 128) and a motion for evidentiary hearing (ECF No. 130) on October 18, 2021. Respondents were then due to file a reply in support of their motion to dismiss and a response to the motion for evidentiary hearing by November 17, 2021. *See* Order entered December 4, 2019 (ECF No. 91) (allowing 30 days for such filings).

On November 16, 2021, Respondents filed a motion for extension of time (ECF Nos. 132, 133 (ECF Nos. 132 and 133 are identical)), requesting a 58-day extension of time, to January 14, 2022. Respondents' counsel states that the extension of time is necessary because of the complexity of this matter and because of his obligations in other cases. McConnell does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for an Enlargement of Time (ECF Nos. 132, 133) is **GRANTED**. Respondents will have until and including **January 14, 2022**, to file their reply in support of their motion to dismiss and their response to Petitioner's motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 17 day of November, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE