UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 138)** |

　　In this capital habeas corpus action, the respondents filed a motion to dismiss on May 28, 2021 (ECF No. 122). The petitioner, Robert McConnell, represented by appointed counsel, filed an opposition to the motion to dismiss (ECF No. 128) and a motion for evidentiary hearing (ECF No. 130) on October 18, 2021. Then, after an initial 30-day period, a 58-day extension of time, and a 21-day extension of time, Respondents were due to file a reply in support of their motion to dismiss and a response to the motion for evidentiary hearing by February 4, 2022. *See* Order entered December 4, 2019 (ECF No. 91) (allowing 30 days for such filings); Order entered November 7, 2021 (ECF No. 134) (58-day extension); Order entered January 12, 2022 (ECF No. 136) (21-day extension).

　　On February 2, 2022, Respondents filed a motion for extension of time (ECF Nos. 138), requesting a further 14-day extension of time, to February 18, 2022. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. McConnell does not oppose the motion for extension of time.

　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for an Enlargement of Time (ECF No. 138) is **GRANTED**. Respondents will have until and including **February 18, 2022**, to file their reply in support of their motion to dismiss and their response to Petitioner's motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 3 day of February, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE