UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 148)** |

　　In this capital habeas corpus action, the respondents filed a motion to dismiss on May 28, 2021 (ECF No. 122). The petitioner, Robert McConnell, represented by appointed counsel, filed an opposition to the motion to dismiss (ECF No. 128) and a motion for evidentiary hearing (ECF No. 130) on October 18, 2021. Respondents filed a reply in support of their motion to dismiss (ECF No. 145) and a response to Petitioner's motion for evidentiary hearing (ECF No. 146) on February 28, 2022. McConnell was then due to file a reply in support of his motion for evidentiary hearing by March 21, 2022. *See* Order entered December 4, 2019 (ECF No. 91) (20 days for reply).

　　On March 21, 2022, McConnell filed a motion for extension of time (ECF No. 148), requesting a 14-day extension, to April 4, 2022. Respondents do not oppose the motion for extension of time.

　　The Court finds that McConnell's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 148) is **GRANTED**. Petitioner will have until and including April 4, 2022, to file a reply in support of his motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 22 day of March, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE