UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 152)** |

　　　In this capital habeas corpus action, after a period of 180 days following the resolution of their motion to dismiss, the respondents were to file an answer by January 23, 2023. *See* Order entered July 24, 2022 (ECF No. 151).

　　　On January 19, 2023, Respondents filed a motion for extension of time (ECF No. 152), requesting a 45-day extension for their answer, to March 9, 2023. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Respondents' counsel also states that Petitioner Robert McConnell, who is represented by appointed counsel, does not oppose the motion for extension of time.

　　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

　　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 152) is **GRANTED**. Respondents will have until and including March 9, 2023, to file their answer.

///

///

**IT IS FURTHER ORDERED** that Petitioner will have 120 days after Respondents file their answer to file a reply to the answer. See Order entered July 24, 2022 (ECF No. 151), p. 57. In all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 23 day of _____January_____, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE