UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME**<br>**(ECF NO. 158)** |

    In this capital habeas corpus action, after an initial period of 180 days following the resolution of their motion to dismiss on July 24, 2022 (ECF No. 151), and then a 45-day extension of time, a 35-day extension of time, and another 35-day extension of time, the respondents were to file their answer by May 18, 2023. *See* Order entered July 24, 2022 (ECF No. 151) (180 days for answer); Order entered January 23, 2023 (ECF No. 153) (45-day extension); Order entered March 9, 2023 (ECF No. 155) (35-day extension); Order entered April 14, 2023 (ECF No. 157) (35-day extension).

    On May 18, 2023, Respondents filed a motion for extension of time (ECF No. 158), requesting a further 28-day extension of time, to June 15, 2023, for their answer. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Respondents' counsel represents that Petitioner Robert McConnell, who is represented by appointed counsel, does not oppose the motion for extension of time.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

1  **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 158) is **GRANTED**. Respondents will have until and including **June 15, 2023**, to file their answer.

**IT IS FURTHER ORDERED** that Petitioner will have 120 days after Respondents file their answer to file a reply to the answer. *See* Order entered July 24, 2022 (ECF No. 151), p. 57. In all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 20 day of _____May_____, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE