UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 184)** |

　　　In this capital habeas corpus action, the respondents were due to file their answer by July 21, 2023. *See* Order entered July 24, 2022 (ECF No. 151) (180 days for answer); Order entered January 23, 2023 (ECF No. 153) (45-day extension); Order entered March 9, 2023 (ECF No. 155) (35-day extension); Order entered April 14, 2023 (ECF No. 157) (35-day extension); Order entered May 20, 2023 (ECF No. 159) (28-day extension); Order entered June 16, 2023 (ECF No. 178) (21-day extension); Order entered July 6, 2023 (ECF No. 180) (7-day extension); Order entered July 13, 2023 (ECF No. 182) (8-day extension).

　　　On July 21, 2023, however, Respondents filed a motion for extension of time (ECF No. 181), requesting a further 3-day extension of time, to July 24, 2023, for their answer. Respondents then filed their answer on July 24, 2023, as contemplated in their motion for extension of time (ECF No. 185). The Court finds that Respondents' motion for extension of time was made in good faith and not solely for the purpose of delay, and that there was good cause for the requested extension of time.

　　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 184) is **GRANTED**. Respondents' answer will be treated as timely filed.

**IT IS FURTHER ORDERED** that Petitioner will have 120 days after Respondents filed their answer—until and including **November 21, 2023**—to file a reply to the answer. *See* Order entered July 24, 2022 (ECF No. 151), p. 57. In all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 26 day of July, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE