UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 187)** |

　　In this capital habeas corpus action, the respondents filed their answer on July 24, 2023 (ECF No. 185). Petitioner Robert McConnell, represented by appointed counsel, was then due to file a reply by November 21, 2023. *See* Order entered July 26, 2023 (ECF No. 186).

　　On November 21, 2023, McConnell filed a motion for extension of time (ECF No. 187), requesting a 90-day extension of time, to February 19, 2023, for his reply. McConnell's counsel states that the extension of time is necessary because of his obligations in other cases and his administrative responsibilities at the office of the Federal Public Defender. McConnell's counsel represents that Respondents do not oppose the extension of time he requests. The Court finds that McConnell's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

　　In view of the information provided in McConnell's motion and the complexity of this case—the Court notes that it took about a year for Respondents to file their answer—the Court will extend the deadline for McConnell's reply by 150 days, to April 19, 2024. The Court does so with the expectation that this extension might forestall any further motion to extend this deadline.

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 187) is **GRANTED**. Petitioner will have until and including **April 19, 2024**, to file his reply to Respondents' answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 22 day of November, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE