# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 189)** |

　　　In this capital habeas corpus action, the respondents filed their answer on July 24, 2023 (ECF No. 185). After a 120-day initial period (*see* ECF No. 186), and then a 150-day extension of time (ECF No. 188), Petitioner Robert McConnell, represented by appointed counsel, was due to file a reply by April 19, 2024.

　　　On April 19, 2024, McConnell filed a motion for extension of time (ECF No. 189), requesting a further 35-day extension of time, to May 24, 2024, for the reply. McConnell's counsel states that the extension of time is necessary because of the time it is taking to research and draft the reply, their obligations in other cases, and their administrative responsibilities at the office of the Federal Public Defender. McConnell's counsel represents that Respondents do not oppose the extension of time. The Court finds that McConnell's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 189) is **GRANTED**. Petitioner will have until and including **May 24, 2024**, to file a reply to Respondents' answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS 22 day of April, 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE