# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME**<br>**(ECF NO. 208)** |

In this capital habeas corpus action, the respondents filed their answer on July 24, 2023. ECF No. 185. On May 24, 2024, Petitioner Robert McConnell, who is represented by appointed counsel, filed a reply to the answer and a motion for evidentiary hearing. ECF Nos. 191, 193. Then, after a 30-day initial period, a 91-day extension, a 45-day extension, a 40-day extension, a 30-day extension, a 35-day extension, and a 46-day extension, the respondents were due to file a response to the reply and a response to the motion for evidentiary hearing by April 7, 2025. *See* ECF Nos. 91, 195, 197, 199, 203, 205, 207.

On April 7, 2025, Respondents filed a motion for extension of time (ECF No. 208), requesting a further 21-day extension, to April 28, 2025. Respondents' counsel states that the extension of time is necessary because of their other obligations. Respondents' counsel represents that McConnell does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

1

1    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 208) is **GRANTED**. Respondents will have until and including **April 28, 2025**, to file a response to Petitioner's reply and a response to Petitioner's motion for evidentiary hearing.

   **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2019 (ECF No. 91) will remain in effect.

DATED THIS __8__ day of _____April_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE