UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTIONS FOR EXTENSION OF TIME<br>(ECF NOS. 212, 213)** |

In this capital habeas corpus action, the respondents filed their answer on July 24, 2023. ECF No. 185.  On May 24, 2024, Petitioner Robert McConnell, who is represented by appointed counsel, filed a reply to the answer and a motion for evidentiary hearing. ECF Nos. 191, 193.  The respondents were due to file a response to the reply and a response to the motion for evidentiary hearing by May 12, 2025. *See* ECF Nos. 91, 195, 197, 199, 203, 205, 207, 209, 211.

Respondents filed two motions for extension of time (ECF Nos. 212, 213), requesting further extensions of the due date for the two responses to May 19, 2025. Respondents then filed the two responses on May 19, as contemplated in the second of their motions for extension of time. ECF Nos. 214, 215.  Respondents' counsel states that these last two extensions were necessary because of other obligations and because of an important decision recently issued by the Ninth Circuit Court of Appeals.  McConnell did not oppose the motions for extension of time.  The Court finds that the motions for extension of time were made in good faith and not solely for the purpose of delay, and that there is good cause for the extensions requested.

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motions for Enlargement of Time (ECF Nos. 212, 213) are **GRANTED**. Respondents' response to Petitioner's reply (ECF No. 214) and response to Petitioner's motion for evidentiary hearing (ECF No. 215) will be considered timely filed.

**IT IS FURTHER ORDERED** that the time for Petitioner to file a reply in support of the motion for evidentiary hearing is extended, *sua sponte*, to **June 27, 2025**.

DATED THIS __30_ day of _____May_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE