UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 217)** |

　　In this capital habeas corpus action, Petitioner Robert McConnell, who is represented by appointed counsel, has filed a motion for evidentiary hearing. ECF No. 193. The respondents filed a response to that motion on May 19, 2025. ECF No. 215. After a 39-day initial period, McConnell was to file a reply by June 27. ECF No. 216. On June 27, McConnell filed a motion for extension of time requesting a 40-day extension, to August 6. ECF No. 217, McConnell's counsel states that the extension is necessary in order to incorporate into his reply two recent Ninth Circuit Court of Appeals decisions, and because of obligations in other cases. McConnell's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested.

　　**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF Nos. 217) is **GRANTED**. Petitioner's reply in support of his motion for evidentiary hearing will be due **August 6, 2025**.

　　DATED THIS 27 day of _____June_____, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1