UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McCONNELL,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 221)** |

     In this capital habeas corpus action, on August 12, 2025, Petitioner Robert McConnell, who is represented by appointed counsel, filed a Motion for Reconsideration, requesting that the Court reconsider certain aspects of the July 24, 2022, Order (ECF No. 151) resolving Respondents' motion to dismiss. ECF No. 220. On August 26, Respondents filed a motion for extension of time (ECF No. 221), requesting a 30-day extension, to September 25, to respond to the Motion for Reconsideration. Respondents' counsel states that the extension of time is necessary because of obligations in other cases. Respondents' counsel represents that McConnell does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested. The Court will grant Respondents' motion for extension of time. In addition, the Court will *sua sponte* extend to 30 days the time for McConnell to file a reply in support of the Motion for Reconsideration.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 221) is **GRANTED**. Respondents' response to Petitioner's Motion for Reconsideration will be due **September 25, 2025**.

**IT IS FURTHER ORDERED** that Petitioner will have **30 days** after Respondents file a response to the Motion for Reconsideration to file a reply.

DATED THIS _27_ day of _____August_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE