UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT McCONNELL,

    Petitioner,

    v.

JEREMY BEAN, *et al.*,

    Respondents.

Case No. 3:10-cv-00021-GMN-CSD

**ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME**
**(ECF NO. 225)**

    In this capital habeas corpus action, on August 12, 2025, Petitioner Robert McConnell, who is represented by appointed counsel, filed a motion for reconsideration, requesting that the Court reconsider certain aspects of the July 24, 2022, Order (ECF No. 151) resolving Respondents' motion to dismiss. ECF No. 220.  After the initial 14-day period, a 30-day extension, and a 14-day extension, Respondents were due to file their response to the motion for reconsideration by October 9. ECF Nos. 222, 224.  On October 9, Respondents filed a motion for extension of time (ECF No. 225), requesting a further 7-day extension, to October 16.  Respondents' counsel states that this extension of time is necessary because of obligations in another case.  Respondents' counsel represents that McConnell does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested.  The Court will grant Respondents' motion for extension of time.

    After Respondents file their response to the motion for reconsideration, McConnell will have 30 days to file a reply. *See* ECF No. 222.

///

///

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 225) is **GRANTED**.  Respondents' response to Petitioner's Motion for Reconsideration will be due **October 16, 2025**.

DATED THIS  14  day of _____October_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE