UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT McCONNELL,

    Petitioner,

    v.

JEREMY BEAN, *et al.*,

    Respondents.

Case No. 3:10-cv-00021-GMN-CSD

**ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME (ECF NO. 228)**

In this capital habeas corpus action, Petitioner Robert McConnell, who is represented by appointed counsel, moves for an extension of time to November 3 to file a reply to Respondents' opposition to his motion for reconsideration. ECF No. 228. The motion for extension of time will be denied because it is unnecessary and moot; the reply is due November 17. *See* ECF Nos. 222, 224, 226 (30 days for reply).

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 228) is **DENIED** as moot. Petitioner's reply to Respondents' opposition to his motion for reconsideration is due **November 17, 2025**.

    DATED THIS __24__ day of _____October_____, 2025.

                                                GLORIA M. NAVARRO
                                              UNITED STATES DISTRICT JUDGE