**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT MCCONNELL,<br>Petitioner,<br>v.<br>JEREMY BEAN, et al.,<br>Respondents. | Case No. 3:10-cv-00021-GMN-CSD<br>**ORDER** |

In this capital habeas action, Respondents filed an unopposed motion requesting a 7-day extension of time to file their response to Petitioner Robert McConnell's Motion for Leave to File Supplemental Authority in Support of Reply to Answer and Motion for Evidentiary Hearing. ECF No. 235. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b); D. Nev. Local Rules of Practice LR IA 6-1.

It is therefore Ordered that Respondents' Unopposed Motion for Enlargement of Time to File Response to Motion for Leave to File Supplemental Authority (First Request) (ECF No. 235) is granted.

It is further Ordered that Respondents have through October 7, 2026, to file their response to the Motion for Leave to File Supplemental Authority.

Dated: October 1, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE